**SANDERS LAW GROUP**
Craig B. Sanders, Esq. (Cal Bar 284397)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 122902
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Scholler, | **Case No. 8:21-cv-01588-JVS-JDE** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| -against- | Judge: James V. Selna |
| Ollieroo Inc., | Complaint Filed: September 28, 2021 |
| Defendant. | |

//
//
//
//
//
//
//
//

**PLEASE TAKE NOTICE** that Robert Scholler ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: November 4, 2021

**SANDERS LAW GROUP**

By: */s/ Craig B. Sanders*
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 122902
*Attorneys for Plaintiff*