Craig B. Sanders, Esq.
**SANDERS LAW GROUP**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 122902

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Scholler, | |
| Plaintiff, | |
| v. | **Case No. 8:21-cv-01588-JVS-JDE** |
| Ollieroo Inc., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

//
//
//
//
//
//

Case No. 8:21-cv-01588-JVS-JDE     - 1 -
NOTICE OF DISMISSAL

1 | DATED: November 15, 2021

2 |          **SANDERS LAW GROUP**

3 |          By:  */s/ Craig B. Sanders*
4 |          Craig B. Sanders, Esq.
         100 Garden City Plaza, Suite 500
         Garden City, NY 11530
5 |          Tel: (516) 203-7600
         Email: csanders@sanderslaw.group
6 |          File No.: 122902

7 |          *Attorneys for Plaintiff*

Case No. 8:21-cv-01588-JVS-JDE     - 2 -
NOTICE OF DISMISSAL